

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 15 2017

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

PS 42
(Rev. 7/93)

## United States District Court
### Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| DeCarlos Mantrelle Vance ) | Case No. 0860 4:16CR00129 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, DeCarlos Mantrelle Vance, have discussed with Andrew Cannatella, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

You will be monitored by the form of location monitoring technology indicated below for a period of six months, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention)

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-12-17          _____  5-12-17
Signature of Defendant     Date              Pretrial Services/Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     5·15·2017
Signature of Defense Counsel                  Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on 5/15/17.
☐ The above modification of conditions of release is *not* ordered.

_____                     5/15/17
Signature of Judicial Officer                 Date